```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 12689
    KEVIN ROSCOE WINSTON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7625


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/05/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE        SECURED NOT I         .00              .00            .00
CAPITAL ONE SERVICES       UNSEC W/INTER   NOT FILED              .00            .00
COMCAST                    UNSEC W/INTER   NOT FILED              .00            .00
B-LINE LLC                 UNSEC W/INTER     1054.24            73.56        1054.20
NICOR GAS                  UNSEC W/INTER     1247.45            77.10        1247.40
PORTFOLIO ACQUISITIONS     UNSEC W/INTER     1787.84           126.54        1787.77
ORCHARD BANK               UNSEC W/INTER   NOT FILED              .00            .00
PERSONAL FINANCE           UNSEC W/INTER      873.51            60.93         873.47
AT & T BANKRUPCTY          UNSEC W/INTER   NOT FILED              .00            .00
OPTION ONE MORTGAGE        SECURED NOT I   12955.96               .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY      1,235.00                         1,235.00
TOM VAUGHN                 TRUSTEE                                             353.64
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             6,889.61

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  4,962.84
    INTEREST                                 338.13
ADMINISTRATIVE                             1,235.00
TRUSTEE COMPENSATION                         353.64
DEBTOR REFUND                                   .00
                   ---------------      ---------------
TOTALS              6,889.61               6,889.61


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 12689 KEVIN ROSCOE WINSTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                          PAGE   2
     CASE NO. 05 B 12689 KEVIN ROSCOE WINSTON
```